UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVIS TIRADO,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

No. 1:21-cv-06793 (JPO/SN)

WHEREAS, the Court remanded this case to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on January 20, 2022 (ECF No. 20), and retained jurisdiction pursuant to sentence six of 42 U.S.C. § 405(g);

WHEREAS, the administrative proceedings on remand have culminated in a January 4, 2024 decision fully favorable to Plaintiff, a copy of which is attached hereto;

WHEREAS, it is appropriate to reopen this case in order to resolve the Court's sentence six jurisdiction.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

The Clerk is directed to enter judgment.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

November 26, 2024