**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IVIS TIRADO,

                Plaintiff,

   -against-                                   21 **CIVIL** 6793 (JPO) (SN)

                                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 26, 2024, that this action is dismissed with prejudice.

**Dated:** New York, New York

       November 26, 2024

                                                       **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                          **BY:**

                                              **Deputy Clerk**